IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

HARLEY MARINE NEW YORK, INC.; )
and HARLEY MARINE FINANCING, )
LLC; )
 )
    Plaintiffs, )
 )
v. ) CASE NO. CV419-085
 )
CRESCENT TOWING & SALVAGE )
CO., INC.; WILHELMSEN LINES )
SHIPOWNING MALTA, LTD.; )
WALLENIUS WILHELMSEN OCEAN )
A/S; WALLENIUS WILHELMSEN )
LOGISTICS AMERICAS LLC; M/V )
GEORGIA, O.N. 279951, her )
engines, appurtenances, )
tackles, and gear, in rem; )
and M/V TALISMAN, IMO NO. )
9191319, her engines, tackle, )
apparel, furniture and )
furnishings, equipment, and )
appurtenances, in rem; )
 )
    Defendants. )
 )



## O R D E R

Before the Court is the parties' Joint Consent Stipulation of Dismissal with Prejudice. (Doc. 27.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested by the parties, this action is **DISMISSED WITH PREJUDICE**. Each party shall bear

its own costs and attorneys' fees. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 16th day of September 2019.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA